# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*(Gossett's Copy / Courtesy Copy / Clarence's Copy)*

Civil Action No. _____
                    (To be supplied by the court)

Clarence R. Williams, III, _____,
Applicant,

v.

Warden James Falk, of
Limon Correctional Facility
_____, Respondent,
(Name of warden, superintendent, jailer, or other custodian)

and

The Attorney General of the State of: ____ Colorado _____, Additional Respondent.

(*Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you are attacking the execution of your sentence and not the validity of a state conviction or sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.*)

---

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.  APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mr. Clarence R. Williams, III, DOC #: 183218,   49030 State Highway 71, Limon, CO. 80826
(Applicant's name, prisoner identification number, and complete mailing address)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
____  Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner
__X__ Other: (*Please explain*) Parole Violator **Status** Detainee/Convicted And Sentenced State-Prisoner

B.  RESPONDENT(S) INFORMATION

Warden, James Falk, of:                        49030 State Highway 71,
Limon Correctional Facility                    Limon, CO. 80826
(Respondent's name and complete mailing address)

C.  CONVICTION UNDER ATTACK

Name of the court that entered the
judgment of conviction:          *4th Judicial District,*
                                  *of the*
                                  *El Paso County Court*

Date the conviction was entered:     September 20, 2018

Case number:                         16-CR-6583

2

Length and type of sentence:   _10 Years -to- Life Probation

Are you serving any other sentence?          ___ Yes  _X_ No (*check one*)

Offense(s) you were convicted of
committing:   Sexual Assault On A Child (Position Of Trust, Sub., Sec. 1)

What was your plea?                Guilty, Felony 4 ***Duress Plea Bargain Illegally***
                                   ***Induced*** With Covert Psychological Force & Fear

Kind of trial:                     ___ Jury _X_ Judge only (*check one*)

### D.   DIRECT APPEAL
Did you file a direct appeal?      _X_ Yes ___ No (*check one*)

Name of the court in which the direct
appeal was filed:                  ***4th Judicial District, of the El Paso County Court***
***Court of Appeals.***

Date and result of direct appeal:     July, 2021 Approx.. DENIED

Did you seek review in the state's highest
court on direct appeal?            _X_ Yes ___ No (*check one*)

Date and result of review in the state's
highest court:                        January, 2022 Approx., DENIED

If you did not file a direct appeal, explain
why:                                  _____

### E.   POSTCONVICTION PROCEEDINGS
Have you initiated any other post-conviction proceedings in any state court with respect to the
judgment under attack?  _X_ Yes ___ No (*check one*).

3

*If your answer is "Yes," complete this section of the form. If you have initiated more than one post-conviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."*

Name and location of court:        U.S. Dist. Ct., Dist. Of Colo.

Type of proceeding:                Writ of Habeas Corpus **1:19-cv-0345-LTB**

Date filed:                        February 28, 2019

Date and result:                   Mar. 2019 Approx. DENIED

Did you appeal?                    ___ Yes  _X_ No (*check one*)

Date and result on appeal:         _____

Did you seek review in the state's
highest court?                     ___ Yes  _X_ No (*check one*)

Date and result:                   _____

## F.    STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."*

*WARNING: If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

CLAIM ONE:    Ineffective Assistance of Counsel

  Supporting facts:

The Public Defender of Record FIALED TO MOVE PRETRIAL MOTIONS (i.e., DISCOVERY) and EXAGGERATED THE RISKS TO OBTAINING A PLEA DEAL AFTER LULLING PRE-TRIAL RELEASE FOR OUT-OF-CUSTODY PRE-TRIAL DEFENSE & DISCOVERY Especially Considering The Nature Of The Defaming Allegations Of The Case

4

With In-custody Harassment By Prisoner Shills and State Actor Shills involved in the Frame-up against the In Pro Per, Applicant HEREIN, discovered through In Pro Per, Independent Investigation.

# Supreme Court Expands Precedent on Ineffective Counsel

*Defendants whose cases suffered because their lawyers performed poorly are entitled to the benefit of presumed prejudice even in cases where they waived their rights to appeal, the Supreme Court ruled Wednesday.*
JENNIFER HIJAZI / February 27, 2019

Supreme Court Expands Precedent on Ineffective Counsel | Courthouse News Service

**G.  EXHAUSTION OF STATE REMEDIES**
*WARNING: You must exhaust available state remedies before filing a habeas corpus action in federal court pursuant to 28 U.S.C. § 2254. Your case may be dismissed if you have not exhausted available state remedies.*

Did you fairly present each claim asserted in this action to the state's highest court?    __X__ Yes ___ No (*check one*)

If you answered "No," please identify which claim(s) have not been fairly presented to the state's highest court and explain why:

**H.  PRIOR FEDERAL ACTIONS**
Have you filed any prior actions in any federal court challenging the same conviction or sentence under attack in this action? __X__ Yes ___ No (*check one*).

If the instant action is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application? ___ Yes __X__ No (*check one*). **PREMATURE FILING GROUNDS NO APPEAL MERITS.**

*Complete this section of the form if you have filed a prior federal action challenging the same conviction or sentence under attack in this action. If you have initiated more than one prior action, use additional paper to provide the requested information for each prior action. Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."*

Name and location of court:            ___U.S. Dist. Ct., Dist. Of Colo.___

Case number:                                        __1:18-cv-2136_____

Type of proceeding:                                 ___Civil Complaint_____

Claim(s) raised:                                    ___Ineffective Assistance of Counsel___

Date and result: (attach a copy if available)       ___October, 2018 Approx., DISMISSED___

Result on appeal, if appealed:                      ___Premature Filing No Need For Appeal State
                                                          Remedies Not Exhausted_____

**I.   TIMELINESS OF APPLICATION**
*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "I. TIMELINESS OF APPLICATION."*

**INTIMIDATION**: 18 U.S.C. 3553, 28 U.S.C. 994: Extenuating Circumstances Unforeseen Circumstances Covert Force & Fear Against Crime Causing Duress Plea and LULLING This Wirt in violation of my 9th Amend., Right to Access to the Court, U.S. Const., JUSTIFIABLE EXCUSE EXPLAINTING THE DELAY: *Certified Indemnity, Company -v.- Thomas C. Thun*, 165 Colo 354 (1968).
(SEE: *Haines -v.- Kerner*, 404 U.S. 519, 520-21 (1972): Pro Se Filers' pleadings to be construed liberally, because they are not represented by an attorney.)

**J.   REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "J. REQUEST FOR RELIEF."*

Immediate release FROM CUSTODY and REMAND of the Duress Plea Bargain & Conviction Illegally Induced Through Covert Psychological Force & Fear Mind Control Modus Operandi Against the HEREIN Applicant for Writ of Habeas Corpus at a time of covert terrorism in the USA and Its Territories in a City nicked-named: The USA City. And REMAND requested due to Ineffective Pre-trial Attorney Assistance (i.e., Violation of Applicant's substantial fundamental constitutional rights to DISCOVERY/Pre-trial) protected by the 6th, 8th, 9$^{th,\ and}$ 14th Amendments Rights, of the U.S. Constitution. Or a DISMISSAL of the Criminal Plea Deal Conviction IN THE

6

FURTHERANCE OF JUSTICE.

### K.   APPLICANT'S SIGNATURE

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_Clarence Williams, III,_
(Applicant's signature)

_June 21, 2022_
(Date)

(Form Revised December 2017)

To: DOC Case Manager
Limon Correctional Facility
Tiffany Gossett

(FSF)
Chief Administrator
Jerome L. Grimes
Volunteer, In Pro Se,
Paralegal for FSF
(Futuristic Safety, First)
(458) 205-0936
(Cellular Phone)

Hello, Mrs. Gossett,
tiffany.gossett@state.co.us
(719) 725-7610

Please, give Clarence Williams, III, (DOC #: 183218) a copy of His Writ of Habeas Corpus Newly Appeased To The Court for His Day of Justice And Relief From Defamation & Continuous Imprisonment Hardship / Intimidation.

Parole Board Hearing Date: May, 2023.

Sincerely,

Jerome L. Grimes   06/21/22
Jerome L. Grimes, B.A., & MBA,
Ph.D. Doctoral Graduate Student (On Temporary Leave)
In Pro Se, Volunteer Paralegal for
Framed-up Clarence Williams, III.